IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge R. Brooke Jackson

Civil Action No 14-cv-01276-RBJ

TRACEY ENGLISH and
GERALD M. ENGLISH JR.,

    Plaintiffs,

v.

JESSICA A. WOLF (aka Jessica A. Wolfe),
ROBERT WOLF (aka Robert Wolfe), and
ROCKY MOUNTAIN BAGELS, LLC, a Colorado limited liability company,

    Defendants.

---

ORDER GRANTING STIPULATED MOTION TO DISMISS WITH PREJUDICE

---

THIS MATTER comes before the Court on Stipulated Motion to Dismiss with Prejudice [ECF No. 39], and the Court being fully advised in the premises, hereby GRANTS said Motion and ORDERS that this matter is dismissed, WITH PREJUDICE, each party to assume and pay his/hers/its own respective attorney fees and costs herein incurred, pursuant to Fed.R.Civ.P. 41(a)(1)(A)(ii).

DATED this 1st day of June, 2015.

                        BY THE COURT:

                        _____
                        R. Brooke Jackson
                        United States District Judge